JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TIMOTHY VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00082 LJO-SKO |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA IN DISTRICT COURT AND ORDER THEREON |
| v. | |
| TIMOTHY VALDEZ, | Date: April 29, 2013 |
| Defendant. | Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Timothy Valdez, that the date for status conference in this matter may, currently scheduled for April 15, 2013, before the Honorable Sheila K. Oberto, may be continued to April 29, 2013, before the Honorable Lawrence J. O'Neill . **The date currently set for status conference is April 15, 2013 The requested new date is April 29, 2013, before the Honorable Lawrence J. O'Neill.**

The government has extended a plea offer that will likely resolve this matter. It is therefore requested that pending status conference be rescheduled in the district court. It is further requested that a short continuance be granted to allow time for defense counsel to review the government's offer with Mr. Valdez, who is housed in the Lerdo/Kern County Detention facility.

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3  ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4  the defendant in a speedy trial.

                                                               BENJAMIN B. WAGNER
                                                               United States Attorney

DATED: April 11, 2013                            By */s/ Brian W. Enos*
                                                               BRIAN W. ENOS
                                                               Assistant United States Attorney
                                                               Attorney for Plaintiff


                                                               JOSEPH SCHLESINGER
                                                               Acting Federal Defender

DATED: April 11, 2013                            By */s/ Eric V. Kersten*
                                                               ERIC V. KERSTEN
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                               Timothy Valdez

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice.


IT IS SO ORDERED.

**Dated:   April 11, 2013**            /s/  Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE