1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Plaintiff United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00082-LJO |
|---|---|
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| TIMOTHY JOSEPH VALDEZ, | |
| Defendant. | |

   Based upon the plea agreement entered into between plaintiff United States of America and defendant Timothy Joseph Valdez, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

   1. Pursuant to 18 U.S.C. § 2253, defendant Timothy Joseph Valdez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. HP Desktop Computer, Serial No. MXU8510CX0, seized by law enforcement on or about March 10, 2012;

   b. Seagate External Hard Drive, Serial No. 5MA9AHRY, seized by law enforcement on or about March 10, 2012;

   c. iPhone 8GB FCC ID:BCGA1241, seized by law enforcement on or about March 10, 2012;

Preliminary Order of Forfeiture            1

      d. Xacti CG6 video camera Serial No. 16352170, seized by law enforcement on or about March 10, 2012;

      e. HP External DVD Burner, Serial No. 2909124041833744222004, seized by law enforcement on or about March 10, 2012;

      f. Compaq Presario Desktop Computer, Serial No. MXF53207, seized by law enforcement on or about March 10, 2012;

      g. Firelite Portable Hard Drive, Serial Np. 530616044256, seized by law enforcement on or about March 10, 2012;

      h. 2 wire Gateway, Serial No. 530616044256, seized by law enforcement on or about March 10, 2012;

      i. Motorola Droid X2, Serial No. M326QN5H7D, seized by law enforcement on or about March 10, 2012;

      j. Any other computers, compact disks, hard drives or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized by law enforcement on or about March 10, 2012 and thereafter.

2. The above-listed property constitutes property which contains visual depictions mailed, shipped, or transported, and is property used or intended to be used to commit and to promote the commission of a violation of 18 U.S.C. § 2251(a).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection in its secure custody and control.

4.   a. Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of

forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **May 15, 2013**             **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture       3