BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-0082-LJO |
|---|---|
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| TIMOTHY JOSEPH VALDEZ, | |
| Defendant. | |

WHEREAS, on May 16, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Timothy Joseph Valdez forfeiting to the United States the following property:

   a. HP Desktop Computer, Serial No. MXU8510CX0, seized by law enforcement on or about March 10, 2012;

   b. Seagate External Hard Drive, Serial No. 5MA9AHRY, seized by law enforcement on or about March 10, 2012;

   c. iPhone 8GB FCC ID:BCGA1241, seized by law enforcement on or about March 10, 2012;

   d. Xacti CG6 video camera Serial No. 16352170, seized by law enforcement on or about March 10, 2012;

Final Order of Forfeiture                1

    e. HP External DVD Burner, Serial No. 2909124041833744222004, seized by law enforcement on or about March 10, 2012;

    f. Compaq Presario Desktop Computer, Serial No. MXF53207, seized by law enforcement on or about March 10, 2012;

    g. Firelite Portable Hard Drive, Serial Np. 530616044256, seized by law enforcement on or about March 10, 2012;

    h. 2 wire Gateway, Serial No. 530616044256, seized by law enforcement on or about March 10, 2012;

    i. Motorola Droid X2, Serial No. M326QN5H7D, seized by law enforcement on or about March 10, 2012;

    j. Any other computers, compact disks, hard drives or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized by law enforcement on or about March 10, 2012 and thereafter.

AND WHEREAS, beginning on September 22, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

    1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Timothy Joseph Valdez.

    2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

    3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over

///

Final Order of Forfeiture      2

the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **January 13, 2014**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture            3